ETHEL B. HOYT, Respondent, *v.* HAROLD W. HOYT, Appellant.

Argued May 24, 1950; decided June 2, 1950.

*H. Broadman Epstein* and *Harry N. French* for appellant.
*Edward E. Hoenig* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.